### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case No. CR-22-130-SLP |
| v. | ) |
| STEVEN BLAIR SPEAL, | ) |
| Defendant. | ) |

### **O R D E R**

Before the Court is the Motion for Reconsideration [Doc. No. 85], filed by Defendant, pro se, on November 5, 2024. The Court entered a Judgment for Revocation of Supervised Release on October 18, 2024. *See* [Doc. No. 81]. Defendant is represented by counsel, and counsel filed a Notice of Appeal [Doc. No. 82].

Defendant's pro se Motion is STRICKEN because he continues to be represented by counsel, and any request for relief must be filed by counsel. *See* 10th Cir. R. 46.3(A) ("An attorney who files a notice of appeal in a criminal case . . . or who has not obtained an order from the district court granting permission to withdraw from further representation prior to the filing of a pro se notice of appeal, has entered an appearance in this court and may not withdraw without the court's permission.").

IT IS THEREFORE ORDERED that Defendant's Motion for Reconsideration [Doc. No. 85] is STRICKEN.

IT IS SO ORDERED this 6th day of November, 2024.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE